IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KATHERYN PORTER,

    Plaintiff,

vs.                                      1:10-CV-36-SPM/AK

TEMPLE HILL INC, et al.,

    Defendants.

_____/

**ORDER GRANTING MOTION FOR EXTENSION OF TIME
TO NAME ADDITIONAL PLAINTIFFS**

**THIS CAUSE** comes before the Court on the Plaintiff's Motion for Extension of Time to Name Additional Plaintiffs (doc. 26). As grounds, Plaintiff states that additional time is necessary to conduct discovery in order to identify potential plaintiffs, who will be timely notified of the opportunity to join this lawsuit. As the Court finds that the Plaintiff's request for an extension of time is reasonable, it is hereby **ORDERED AND ADJUDGED** that the Motion (doc. 26) is GRANTED.

**DONE AND ORDERED** this <u>thirteenth</u> day of September, 2010.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                Chief United States District Judge