UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KATHERYN PORTER,

    Plaintiff,

v.                                    CASE NO.: 1:10cv36-SPM/GRJ

TEMPLE HILL, INC., d/b/a
ALACHUA TRAVELODGE, et al.,

    Defendants.

_____/

## ORDER

THIS CAUSE comes before the Court on the parties' Joint Motion to Approve Settlement. Doc. 36. All parties were counseled and represented by their respective attorneys throughout the litigation and settlement process. The settlement represents a reasonable compromise of disputed issues. Accordingly, it is

ORDERED AND ADJUDGED:

1. The joint motion (doc. 36) is granted and the settlement is approved.

2. The clerk shall seal document 36-1.

3. This case is dismissed with prejudice.

4. The Court retains jurisdiction for a period of 60 days for enforcement of the settlement agreement.

DONE AND ORDERED this 23rd day of March, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge